People ex rel. Ranchurejee v Maginley-Liddie (2024 NY Slip Op 02762)

People ex rel. Ranchurejee v Maginley-Liddie

2024 NY Slip Op 02762

Decided on May 17, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
LARA J. GENOVESI
HELEN VOUTSINAS, JJ.

2024-03622

[*1]The People of the State of New York, ex rel. Kristie L. Ranchurejee, on behalf of Darrel Wallace, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, Kew Gardens, NY (Kristie L. Ranchurejee pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Corey Reisman of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Darrel Wallace upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 70851/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., MILLER, GENOVESI and VOUTSINAS, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court